

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00301-CR

### EX PARTE CHRISTOPHER RUBEN ZAVALA

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CR-6759
The Honorable Sid L. Harle, Judge Presiding[1]

BEFORE CHIEF JUSTICE STONE, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED December 11, 2013.

_____
Rebeca C. Martinez, Justice

---

[1] The Honorable Sid L. Harle is the presiding judge of the 226th Judicial District Court, Bexar County, Texas. The pretrial application for a writ of habeas corpus was referred to the Honorable Andrew W. Carruthers, criminal magistrate judge, Bexar County, Texas, who signed the order denying habeas corpus relief.